# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                            **Case No: 6:22-cv-2428-PGB-DAB**

**KUSAND PROPERTIES LLC and
BAMBINOS PIZZERIA LLC,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Voluntary Dismissal with Prejudice, filed February 2, 2023. (Doc. 10). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Kusand Properties, LLC and Bambino Pizzeria, LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties